

**Entered on Docket
August 23, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

David Krieger, Esq.
Nevada Bar No.: 9086
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Gary T. Kameehouna and Ellen M. Kameehouna

E-FILED: August 12, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) Case No. BKS-10-21504-MKN<br>) Chapter 13<br>)<br>)<br>**Gary T. Kameehonua and Ellen M. Kameehonua**, )<br>)<br>)<br>)<br>Debtor(s). ) |

### EX- PARTE ORDER TO DISMISS CHAPTER 13 CASE

COME NOW, Debtors, **Gary T. Kameehouna and Ellen M. Kameehouna** by and through attorney of record, David Krieger, Esq., and hereby elects pursuant to 11 U.S.C. § 1307(b), to dismiss the above-captioned case. The Debtors are entitled to dismiss this case because:

1.  This case, filed on June 20, 2010, is a case under Chapter 13 of the Bankruptcy Code.

- 1 -

- 2 -

2. This case has not been previously converted under Section 706 or 1112 of the Bankruptcy Code.

**IT IS THEREFORE ORDERED** that Case No. 10-21504-MKN is hereby dismissed.

Dated: August 12, 2010

/s/David Krieger, Esq.
David Krieger, Esq.
Attorney for Debtor(s)

###